**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOHN WAUDBY, individually and on behalf of all others similarly situated,

    Plaintiff(s),

vs.

EFFORTLESS OFFICE ENTERPRISES, LLC,

    Defendant(s).

Case #2:25-cv-01135-GMN-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Tyler J. Bean___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

SIRI & GLIMSTAD LLP
(firm name)

with offices at ___745 Fifth Avenue, Suite 500___,
(street address)

___New York___, ___New York___, ___10151___,
(city)           (state)           (zip code)

___929-677-5144___, ___tbean@sirillp.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___John Waudby___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since September 24, 2019 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Oklahoma (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Oklahoma | September 24, 2019 | 33834 |
| USDC Western District of Oklahoma | November 24, 2020 | |
| USDC Northern District of Oklahoma | December 2, 2020 | |
| USDC Eastern District of Wisconsin | October 25, 2022 | |
| USDC Eastern District of Michigan | December 7, 2022 | |
| USDC District of Colorado | June 20, 2023 | |
| USDC District of Nebraska | July 2, 2024 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Oklahoma

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 26, 2024 | 2:24-cv-00697 | US District of Nevada | Granted |
| October 10, 2024 | 2:24-cv-01691 | US District of Nevada | Granted |
| July 8, 2024 | 2:24-cv-01128 | US District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Oklahoma___ )
COUNTY OF ___Oklahoma___ )

___Tyler J. Bean___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___7___ day of ___7___, ___2025___.

_____
Notary Public or Clerk of Court

[Notary Seal: S. McCLELLAN, NOTARY, #12008626, EXP. 09/11/28, STATE OF OKLAHOMA]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Nathan R. Ring___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3100 W. Charleston Blvd., Ste. 208___,
(street address)

___Las Vegas___, ___Nevada___, ___89102___,
(city)            (state)        (zip code)

___(725) 235-9750___, ___nring@stranchlaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nathan R. Ring_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*John Waudby*
(party's signature)

John Waudby, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/Nathan R. Ring
Designated Resident Nevada Counsel's signature

12078                nring@stranchlaw.com
Bar number           Email address

APPROVED:

Dated: this __9__ day of __July__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Final PHV for Filing - Effortless

Final Audit Report                                                                 2025-07-09

| | |
|---|---|
| Created: | 2025-07-09 |
| By: | Cherie Cornfield (ccornfield@sirillp.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAdAf7eioebrMDM3ScehtkghDCZTjb4-Cy |

## "Final PHV for Filing - Effortless" History

- Document created by Cherie Cornfield (ccornfield@sirillp.com)
  2025-07-09 - 4:46:26 PM GMT

- Document emailed to John Waudby (waudby.john@gmail.com) for signature
  2025-07-09 - 4:46:33 PM GMT

- Email viewed by John Waudby (waudby.john@gmail.com)
  2025-07-09 - 4:56:43 PM GMT

- Document e-signed by John Waudby (waudby.john@gmail.com)
  Signature Date: 2025-07-09 - 4:57:24 PM GMT - Time Source: server

- Agreement completed.
  2025-07-09 - 4:57:24 PM GMT

Adobe Acrobat Sign

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA )
)
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That TYLER JAMES BEAN, OBA #33834, was admitted to the practice of law by the Supreme Court of Oklahoma on September 24, 2019 and is an active member in good standing of the Oklahoma Bar Association. No grievances have been filed against this Oklahoma licensed attorney nor has this attorney ever been subjected to disciplinary action.

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 18th day of June, 2025 by Gina L. Hendryx.

NOTARY PUBLIC



My Commission Expires:
10/21/27

Commission Number:
19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org